1  Young Cho
   Attorney at Law: 189870                          JS-6
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Alfred Hernandez
6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11

   ALFRED HERNANDEZ,              )  Case No.: EDCV 11-1681 JPR
12                                )
                                  )  ORDER OF DISMISSAL
13        Plaintiff,              )
                                  )
14     vs.                        )
   MICHAEL J. ASTRUE,             )
15 Commissioner of Social Security, )
                                  )
16                                )
        Defendant.                )
17 _____  )

18

19      The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses pursuant to the stipulation of the parties.

21      IT IS SO ORDERED.

22

23 DATE:   May 31, 2012

24                             _____
                               HONORABLE JEAN P. ROSENBLUTH
25                             UNITED STATES MAGISTRATE JUDGE

26

                              -1-